# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 5, 2025

### NO. 03-24-00051-CV

**Michael L. Bird, Appellant**

**v.**

**Angelique D. Ledesma, Appellee**

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the final order signed by the trial court on January 15, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's final order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.